IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RALPH E. SWAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civ. No. 05-088-KAJ |
| | ) |
| DAVID JONES, JOHN GARRY, ROBERT O'NEIL, ANDREW WITHERELL, and JOHN E. BABIARZ, JR., | ) ) ) ) |
| | ) |
| Respondents. | ) |

**O R D E R**

WHEREAS, petitioner has filed this action pursuant to 42 U.S.C. § 1983, and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in petitioner's affidavit, the request to proceed in forma pauperis is granted; and

WHEREAS, the allegations in the complaint challenge the fact of petitioner's conviction and/or sentence, and thus the Court construes the complaint to be seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254, see Preiser v. Rodriquez, 411 U.S. 475 (1973); and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of a petition, a petitioner must be given notice that the AEDPA applies to a pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 1st day of March, 2005, that, on or before April 1, 2005, petitioner must file with the Court the attached election form. **Failure to timely return the completed election form will result in the Court's ruling on your pending petition as filed pursuant to 28 U.S.C. § 2254.**

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RALPH E. SWAN,                         )
                                       )
            Petitioner,                )
                                       )
      vs.                              )   Civ. No. 05-088-KAJ
                                       )
DAVID JONES, JOHN GARRY,               )
ROBERT O'NEIL, ANDREW                  )
WITHERELL, and JOHN E.                 )
BABIARZ, JR.,                          )
                                       )
            Respondents.               )

**AEDPA ELECTION FORM**

1. _____   I understand that the Court has construed my complaint to be filed pursuant to 28 U.S.C. § 2254 and wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I understand that the Court has construed my complaint to be filed pursuant to 28 U.S.C. § 2254 and I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I understand that the Court has construed my complaint to be filed pursuant to 28 U.S.C. § 2254 and I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I do not wish the Court to construe my complaint as filed pursuant to 28 U.S.C. § 2254 because I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.


_____
Petitioner