IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RALPH E. SWAN,  )<br>  )<br>      Petitioner,  )<br>  )<br>   vs.  )<br>  )<br>DAVID JONES, JOHN GARRY,  )<br>ROBERT O'NEIL, ANDREW  )<br>WITHERELL, and JOHN E.  )<br>BABIARZ, JR.,  )<br>  )<br>      Respondents.  ) | Civ. No. 05-088-KAJ |

**O R D E R**

WHEREAS, the above captioned petition for writ of habeas corpus was docketed on February 16, 2005 (D.I. 2) and petitioner's election pursuant to <u>United States v. Miller</u>, 197 F.3d 644 (3d Cir. 1999), and <u>Mason v. Meyers</u>, 208 F.3d 414 (3d Cir. 2000) was due on April 1, 2005;

WHEREAS, the petitioner returned the election form to the Court on March 16, 2005 (D.I. 5) indicating that petitioner wishes to withdraw his § 2254 petition without prejudice to file one all-inclusive petition in the future within the one-year period as defined by 28 U.S.C. § 2244(d), <u>see</u> <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000);

NOW, THEREFORE, IT IS ORDERED this 30th day of March, 2005, that petitioner's request to withdraw

the petition is GRANTED, and the petition is DISMISSED WITHOUT PREJUDICE.

                                                                             _____
                                                                             United States District Judge